IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL ALLISON                                                                                                              PLAINTIFF

v.                                  CIVIL NO. 07-5082

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                     DEFENDANT

## O R D E R

On this 2nd day of July, 2008, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on June 4, 2008, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2,433.24 representing 15.81 hours of work at a rate of $152.00 per hour and $30.12 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

                                                                              /s/Jimm Larry Hendren
                                                                              HON. JIMM LARRY HENDREN
                                                                              UNITED STATES DISTRICT JUDGE